UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JOHN HARRISON,<br><br>                Petitioner,<br><br>   v.<br><br>ADAM FORTNEY,<br><br>                Respondent. | CASE NO. C20-792 RSM<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The habeas petition is DENIED without prejudice and issuance of a certificate of appealability is DENIED.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 20th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1